**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey D Henderson | Social Security number or ITIN xxx–xx–0160 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kiley A Henderson | Social Security number or ITIN xxx–xx–9943 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  13–19958–ABA

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey D Henderson
aka Jeff Henderson

Kiley A Henderson

6/6/18

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                          Case No. 13-19958-ABA
Jeffrey D Henderson                                             Chapter 13
Kiley A Henderson
      Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Jun 06, 2018
                              Form ID: 3180W           Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db/jdb         +Jeffrey D Henderson,   Kiley A Henderson,   211 Landing Rd,   Newport, NJ 08345-2021
cr             +Embrace Home Loans, Inc.,   c/o LoanCare, a Division of FNF Servicin,   3637 Sentara Way,
                 Virginia Beach, VA 23452-4262
514051195       CitiFinancial Services Inc,   P.O. Box 6042,   Sioux Falls, SD 57117-6042
514043292      +Embrace Home Loan, Inc.,   c/o LoanCare, a Division of FNF Servicin,   3637 Sentara Way,
                 Virginia Beach, VA 23452-4262
513914457      +Embrace Loans,   25 Enterprise Center,   Newport, RI 02842-5201
517274935      +Goshen Mortgage LLC, et al.,   c/o Planet Home Lending, LLC,   321 Research Parkway, Suite 303,
                 Meriden, Connecticut 06450-8342
517274936      +Goshen Mortgage LLC, et al.,   c/o Planet Home Lending, LLC,   321 Research Parkway, Suite 303,
                 Meriden, Connecticut   06450,   Goshen Mortgage LLC, et al.,
                 c/o Planet Home Lending, LLC 06450-8342
513914463      +Pressler & Pressler,   7 Entin Rd.,   Parsippany, NJ 07054-5020
513914464      +Star Career Academy,   4600 S. Mill Ave.,   Tempe, AZ 85282-6757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AGFINANCE.COM Jun 07 2018 11:49:00     OneMain Financial,   PO Box 70912,
                 Charlotte, NC 28272-0912
514050550       EDI: AIS.COM Jun 07 2018 11:48:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK   73124-8838
514010440       EDI: RECOVERYCORP.COM Jun 07 2018 11:51:00     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
514065012       EDI: RECOVERYCORP.COM Jun 07 2018 11:51:00     Capital Recovery V, LLC,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
513914456      +EDI: WFNNB.COM Jun 07 2018 11:59:00     Comenity Bank Recovery Department,   PO Box 182124,
                 Columbus, OH 43218-2124
513914458      +EDI: BLUESTEM Jun 07 2018 12:03:00     Fingerhut,   PO Box 166,   Newark, NJ 07101-0166
513914459      +E-mail/Text: jessicajones@cpcrecovery.com Jun 07 2018 00:36:36     Haster Law Office P.A.,
                 6640 Shady Oak Rd. Suite 340,   Eden Praire, MN 55344-7720
516464588      +E-mail/Text: bknotices@snsc.com Jun 07 2018 00:36:55     Kirkland Investors LLC,
                 c/o SN Servicing Corp.,   323 5th Street,   Eureka, CA 95501,   Kirkland Investors LLC,
                 c/o SN Servicing Corp. 95501-0305
516464587      +E-mail/Text: bknotices@snsc.com Jun 07 2018 00:36:55     Kirkland Investors LLC,
                 c/o SN Servicing Corp.,   323 5th Street,   Eureka, CA 95501-0305
513914460      +EDI: MID8.COM Jun 07 2018 11:58:00     Midland Credit Management Inc.,   PO Box 60578,
                 Los Angeles, CA 90060-0578
513914461       EDI: CBS7AVE Jun 07 2018 11:43:00     Midnight Velvet,   112 7th Ave.,   Monroe, WI 53566
514012304      +EDI: CBS7AVE Jun 07 2018 11:43:00     Midnight Velvet,   c/o Creditors Bankruptcy Service,
                 PO Box 740933,   Dallas, TX 75374-0933
516845345      +EDI: AGFINANCE.COM Jun 07 2018 11:49:00     One Main Financial,   PO Box 70912,
                 Charlotte, NC 28272-0912
513914462      +EDI: AGFINANCE.COM Jun 07 2018 11:49:00     One Main Financial,   20 Courthouse S Dennis Rd,
                 CapeMay Courthouse, New Jersey 08210-1931
516845346      +EDI: AGFINANCE.COM Jun 07 2018 11:49:00     One Main Financial,   PO Box 70912,
                 Charlotte, NC 28272,   One Main Financial,   PO Box 70912,   Charlotte, NC 28272-0912
515389773       EDI: PRA.COM Jun 07 2018 11:49:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541
515389774       EDI: PRA.COM Jun 07 2018 11:49:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
514165022       EDI: PRA.COM Jun 07 2018 11:49:00     Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,   POB 41067,   Norfolk VA 23541
514168911       EDI: PRA.COM Jun 07 2018 11:49:00     Portfolio Recovery Associates, LLC,   c/o JC PENNEY,
                 POB 41067,   Norfolk VA 23541
513968359       EDI: Q3G.COM Jun 07 2018 12:18:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
513914465      +EDI: VERIZONCOMB.COM Jun 07 2018 12:18:00     Verizon Wireless,   PO Box 25505,
                 Lehigh Valley, PA 18002-5505
514156113      +EDI: BLUESTEM Jun 07 2018 12:03:00     Webbank-Fingerhut,   6250 Ridgewood Rd,
                 St. Cloud, MN 56303-0820
513914466      +EDI: WFFC.COM Jun 07 2018 11:58:00     Wells Fargo,   800 Walnut St,
                 Des Moines, Iowa 50309-3891
                                                                                              TOTAL: 25
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Jun 06, 2018
                              Form ID: 3180W           Total Noticed: 34


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Midnight Velvet,   c/o Creditors Bankruptcy Service,   PO Box 740933,   Dallas, TX 75374-0933
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    Goshen Mortgage LLC as separate trustee for GDBT 1 Trust
               2011-1 bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    Goshen Mortgage LLC as separate trustee Kirkland
               Investors LLC bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Embrace Home Loans, Inc. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Embrace Home Loans, Inc. dnj@pbslaw.org
              Steven K. Eisenberg    on behalf of Creditor    Embrace Home Loans, Inc. bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Terry  Tucker    on behalf of Debtor Jeffrey D Henderson terrytucker@comcast.net
              Terry  Tucker    on behalf of Joint Debtor Kiley A Henderson terrytucker@comcast.net
                                                                                             TOTAL: 11
```